IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID BECKFORD

    Petitioner

v

UNITED STATES OF AMERICA

    Respondent

Civil Action No. PJM-07-301
(Related Crim Case PJM-00-253)

ECF Exempt

oOo

## MEMORANDUM OPINION

The above-captioned Motion to Vacate was filed on February 2, 2007. Paper No. 296. Petitioner alleges that the two point sentence enhancement used in his case violated his Sixth Amendment right. *Id.* For the reasons set forth below, the Motion to Vacate shall be dismissed.

The instant Motion to Vacate is the second such motion filed by Petitioner. The first was filed on June 10, 2004, (Paper No. 247), and subsequently denied by this Court on March 8, 2005 (Papers No. 259 and 260). In light of the fact that the instant Motion to Vacate is the second motion to be filed by Petitioner, it must be dismissed for lack of jurisdiction.

Under 28 U.S.C. §2255:

> A second or successive motion must be certified as
> provided in section 2244 by a panel of the
> appropriate court of appeals to contain—(1) newly
> discovered evidence that, if proven and viewed in
> light of the evidence as a whole, would be sufficient
> to establish by clear and convincing evidence that
> no reasonable factfinder would have found the
> movant guilty of the offense; or (2) a new rule of
> constitutional law, made retroactive to cases on
> collateral review by the Supreme Court, that was
> previously unavailable.

Petitioner has not received the proper certification from the Fourth Circuit Court of Appeals. Consequently, this Court may not consider the merits of his claim unless and until he receives the certification.

The United States Court of Appeals for the Fourth Circuit has set forth instructions for the filing of a motion to obtain the aforementioned authorization Order. The procedural requirements and deadlines for filing the motion are extensive. Consequently, this Court has attached hereto a packet of instructions promulgated by the Fourth Circuit which addresses the comprehensive procedure to be followed should Petitioner wish to seek authorization to file a successive petition with the appellate court. It is to be emphasized that Petitioner must file his pleading with the Fourth Circuit Court of Appeals and obtain authorization to file his successive petition before this Court may examine his claims.

For the reasons set forth herein, this Court is without jurisdiction to review the instant Motion to Vacate. Accordingly, it shall be dismissed without prejudice.

Date: 2/28/07

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE